UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No:  15-26467
 Chapter  13

Miguel E. Gonzalez

        Debtor(s)
_____/

# MOTION TO REINSTATE CHAPTER 13 CASE UNDER THE MODIFIED CHAPTER 13 PLAN

COME(S) NOW, Debtor by and through the undersigned counsel and moves this Honorable Court to *Reinstate the instant case under Modified Chapter 13 Plan*, and as grounds therefore state(s):

1. On September 14, 2015, the Debtor filed a Chapter 13 Petition.

2. On May 18, 2017, the Chapter 13 case was dismissed.

3. The case was dismissed pursuant to a Report of Non-Compliance with Confirmation Order.

4. Debtor wishes to reinstate the instant case, resolve pending objections and continue to pay the creditors.

I CERTIFY that Debtor is current under the latest filed modified plan.

WHEREFORE, for the above stated reasons, Debtor respectfully requests this Honorable Court to Reopen case and Reinstate the Chapter 13 Case under the Modified Chapter 13 Plan.

I CERTIFY, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE  9013-1(E)**
Counsel for debtor certifies that he is holding sufficient funds required to be paid under the plan and said funds are in the attorney's trust accent or being held in the form of a cashier's check.

**CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail to all creditors on the below matrix list on this 17th day of July, 2017.

                    James Alan Poe, p.a.
                    Attorney for Debtor
                    9500 S. Dadeland Blvd., Suite 610
                    Miami, FL 33156   (305)670-3950
                    By:          /S/
                          James A. Poe, Esq.     F.B.N. 107956

Matrix List

HSBC Bank USA, National Association, as Trusc/o Phelan Hallinan Diamond & Jones, PLL2727 West Cypress Creek RoadFort Lauderdale, FL 33309-1721
American Express Po Box 300116 General Warren BlvdMalvern, PA 19355-1245
Baptist Hospital Of MIami P.O. Box 198116Atlanta, GA 30384-8116
Capital One Attn: BankruptcyPo Box 30285Salt Lake City, UT 84130-0285
Capital One Bank P.O. Box 71083Charlotte, NC 28272-1083
Capital One Bank (USA), N.A. PO Box 71083Charlotte, NC  28272-1083
Chase 3415 Vision DriveMail Code: OH4-7126Columbus, OH 43219-6009
Chevron Texaco/ Citicorp Citicorp Credit Svcs/Attn:Centralized BaPo Box 790328Saint Louis, MO 63179-0328
HSBC Bank USA, National Association c/o Phelan Hallinan Diamond & Jones,PLLCWest Cypress Creek RoadFort Lauderdale, FL 33309
IRS Special ProceduresPOB 7346Philadelphia, PA 19101-7346
Kendall Anesthesia Assocs P.O. Box 840207Hollywood, FL 33084-2207
MERRICK BANK Resurgent Capital ServicesPO Box 10368Greenville, SC 29603-0368
Merrick Bank Attn: Correspondence DeptP.O. Box 9201Old Bethpage, NY 11804-9001
Merrick Bank P.O. Box 660702Dallas, TX 75266-0702
NISSAN MOTOR ACCEPTANCE CORPORATIONLOSS RECOVERYPO BOX 660366DALLAS TX 75266-0366preferred
Nordstrom FSB Attention: Account ServicesPo Box 6566Englewood, CO 80155-6566
Nordstrom Fsb c o Jefferson Capital Systems LLCPo Box 7999Saint Cloud Mn 56302-7999
Office of the US Trustee 51 S.W. 1st Ave.Suite 1204Miami, FL 33130-1614
Phellan Hallinan, PLC 2727 West Cypress Creek RoadFort Lauderdale, FL 33309-1721
Sheridan Emergency Physicians P.O. Box 452169Fort Lauderdale, FL 33345-2169
Syncb/toysrus Po Box 965005Orlando, FL 32896-5005
Miguel Esteban Gonzalez 15701 SW 109 AveMiami, FL 33157-1312
Nancy K. Neidich www.ch13herkert.comPOB 279806Miramar, FL 33027-9806